JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VARTOUHI DANIELIAN NAMAGERDI, | Case No. CV 12-00591-MLG |
|     Plaintiff, | JUDGMENT |
|     v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
|     Defendant. | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: September 12, 2012

                             _MARC L. GOLDMAN_
                             MARC L. GOLDMAN
                             United States Magistrate Judge