Raffi R. Shahinian, Esq.   SBN 185962
LAW OFFICES OF RAFFI R. SHAHINIAN
815 S. Central Avenue
Suite 19
Glendale, CA 91204
T: (818) 244-8843
F: (818) 244-8834
E: *shahinianlaw@gmail.com*
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VARTOUHI DANIELIAN NAMAGERDI,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant | No. CV 12-00591-MLG<br><br>[~~PROPOSED~~] **ORDER FOR AWARD OF E.A.J.A. FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the terms of the Stipulation.

DATED: October 9, 2012

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE